PER CURIAM.

(No. 73-CC-178—Claimant ▮▮▮▮▮)

WALART MANAGEMENT CO., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF PERSONNEL, Respondent.

*Opinion filed July 26, 1973.*

FOSS, SCHUMAN AND DRAKE, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.